# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARLA NORMAN, : | |
|           Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | No. 17-5181 |
| : | |
| ALLIED INTERSTATE, LLC and : | |
| LVNV FUNDING, LLC, : | |
|           Defendants. : | |

## ORDER

This 25th day of May, 2018, upon consideration of Defendants' Motion to Dismiss (ECF No. 7), and all responses and replies (ECF Nos. 10, 13, 14), it is hereby **ORDERED** that Defendants' Motion is **DENIED**.

      /s/ Gerald Austin McHugh
    United States District Judge